Matter of Anthony M. (Jasmine M.) (2025 NY Slip Op 03487)

Matter of Anthony M. (Jasmine M.)

2025 NY Slip Op 03487

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, GREENWOOD, NOWAK, AND KEANE, JJ.

491 CAF 23-01400

[*1]IN THE MATTER OF ANTHONY M., JR., ZEMOURA M., AND ZHAIRYN H. ONONDAGA COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, PETITIONER-RESPONDENT; JASMINE M., AND ALEJANDRO D.S., RESPONDENTS-APPELLANTS. (APPEAL NO. 3.) 

LAW OFFICE OF VERONICA REED, SCHENECTADY (VERONICA REED OF COUNSEL), FOR RESPONDENT-APPELLANT JASMINE M.
CARA A. WALDMAN, FAIRPORT, FOR RESPONDENT-APPELLANT ALEJANDRO D.S.
ROBERT A. DURR, COUNTY ATTORNEY, SYRACUSE (LISA S. CUOMO OF COUNSEL), FOR PETITIONER-RESPONDENT.
STUART J. LAROSE, SYRACUSE, ATTORNEY FOR THE CHILDREN. 

 Appeals from an order of the Family Court, Onondaga County (Christina F. DeJoseph, J.), entered July 7, 2023, in a proceeding pursuant to Family Court Act article 10. The order, among other things, placed the child Zemoura M. in the custody of petitioner. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of Ja'Moure D.S. (Jasmine M.) ([appeal No. 1] — AD3d — [June 6, 2025] [4th Dept 2025]).
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court